UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

TERRANCE GRISSOM ,

        Plaintiff,

v.                                        Case No. 05-C-491

JOHN GOLTZ et al.,

        Defendant.

**ORDER**

Previously the plaintiff, Terrance Grissom, filed with this court a motion entitled "motion for emergency detention/transfer as relief pending civil action" (docket 6), seeking transfer to the Milwaukee County Mental Health Complex. According to Grissom, the transfer was needed because he had been, among other things, placed in an unsanitary room, deprived of exercise and threatened by prison staff while residing at the Wisconsin Resource Center.

I construed Grissom's motion as a motion for a temporary restraining order and although the defendants had not yet filed an answer, I directed them to file a response to Grissom's request. On June 10, 2005 a response was filed with the court indicating that Mr. Grissom was transferred from the Wisconsin Resource Center to the Racine Correctional Institution on May 17, 2005.

While Gissom's preferred place of confinement was the Milwaukee County Mental Health Complex, it appears that his overriding concern was the conditions at the Wisconsin Resource Center. I am satisfied that his transfer to the Racine Correctional Institution sufficiently addresses those concerns.

Accordingly, Grissom's "motion for emergency detention/transfer as relief pending civil action" is denied as moot.

**IT IS ORDERED**.

Dated this   13th   day of June, 2005.

> s/ William C. Griesbach
> William C. Griesbach
> United States District Judge